UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:21-cv-01930-MEMF-KK                     Date: September 28, 2023

Title   _ML Products Inc. v. Ninestar Technology Co. LTD, et al._

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

Deputy Clerk                                   Court Reporter / Recorder

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:  SEVERANCE OF ACTION, ECF NO. 147**

On September 27, 2023, the Court issued an Order Granting in Part Ninestar Technology Co. LTD. Motion to Dismiss, Aster Graphics, Inc. Motion to Dismiss, Billiontree Technology USA, Inc. Motion to Dismiss, and Mountain Peak, Inc., Motion to Dismiss, and Declining V4Ink Inc. Motion to Dismiss ECF No. 147 (the "Order").

In the Order, the Court granted Defendants Billiontree Technology USA, Inc. and Mountain Peak, Inc.'s separate requests to severe the action, and ordered that the present action be severed into three separate actions. Order at 26.

Pursuant to the Order, and to the extend that Plaintiff ML Products Inc. wishes to proceed against all Defendants, the Court thus ORDERS as follows:

1.  Plaintiff ML Products Inc. shall file an amended complaint in this action against only Defendants Ninestar Technology Co., Ninestar Corporation, and V4Ink Inc. within 14 days of the date of this Order;[1]

---

[1] If ML Products Inc. determines from the Court's Order that its allegations against V4Ink Inc. should be asserted in a separate action, then ML Products Inc. should advise the Court and seek leave to file a separate complaint against V4Ink Inc. as well. If not, the Court's denial of V4Ink Inc.'s Motion to Dismiss does not foreclose V4Ink Inc.'s ability to move to sever if or when ML Products Inc. properly serves V4Ink Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:21-cv-01930-MEMF-KK                                Date: September 28, 2023

Title   *ML Products Inc. v. Ninestar Technology Co. LTD. et al.*

2. ML Products Inc. shall file two separate complaints as two separate new cases, one against Defendants Billiontree Technology USA, Inc. and Mountain Peak, Inc., and another against Defendant Aster Graphics, Inc. within 14 days of the date of this Order; and

3. Upon filing the new complaints referenced in the paragraph above, ML Products Inc. shall also file in each new case a notice of related case citing to the present action before the Court.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | KD |