UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NINESTAR TECHNOLOGY CO., LTD.,<br>NINESTAR CORP., AND DOES 1-125,<br><br>　　　　　Defendants. | Case No.: 5:21-cv-01930-MEMF-KK<br><br>**ORDER GRANTING IN PART STIPULATION TO SET BRIEFING SCHEDULE AND CONTINUE HEARING DATE FOR DEFENDANT NINESTAR TECHNOLOGY CO., LTD.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [ECF NO. 164]** |

The Court, having considered the Stipulation to Set Briefing Schedule and Continue Hearing Date for Defendant Ninestar Technology Co., Ltd.'s Motion to Dismiss the First Amended Complaint between Plaintiff ML Products Inc. ("ML Products") and Defendant Ninestar Technology Co., Ltd. ("Ninestar Technology"), and finding good cause therefor, hereby GRANTS the Stipulation in part and ORDERS as follows:

　　1.　ML Products' Opposition to Ninestar Technology's Motion to Dismiss the First Amended Complaint shall be filed on or before February 22, 2024;

　　2.　Ninestar Technology's Reply in Support of its Motion to Dismiss the First Amended Complaint shall be filed on or before March 28, 2024; and

/ / /

3. The hearing date for Ninestar Technology's Motion to Dismiss the First Amended Complaint is scheduled for May 2, 2024.

If the parties are not available on May 2, 2024, they may file a joint stipulation stating such and choosing a hearing date after May 2, 2024.

IT IS SO ORDERED.

Dated: February 14, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge