Richard D. McCune (State Bar No. 132124)
RDM@mccunewright.com
**McCune Law Group**
18565 Jamboree Road, Suite 550
Irvine, California 92612
Telephone: (909) 557-1250

Derek Y. Brandt (*Pro Hac Vice*)
DYB@mccunewright.com
Leigh M. Perica (*Pro Hac Vice*)
LMP@mccunewright.com
Connor P. Lemire (*Pro Hac Vice*)
CPL@mccunewright.com
**McCune Law Group**
231 North Main Street, Suite 20
Edwardsville, IL 62025
Telephone: (618) 307-6116

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> NINESTAR TECHNOLOGY CO., LTD., ET AL., <br><br> Defendants. | Case No. 5:21-cv-01930-MEMF-KK <br><br> **STIPULATION TO AMEND BRIEFING SCHEDULE FOR DEFENDANT NINESTAR TECHNOLOGY CO., LTD.'S MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> The Honorable Judge: <br> Maame Ewusi-Mensah Frimpong |

Plaintiff ML Products Inc. ("ML Products"), with the consent of Defendant Ninestar Technology Co., Ltd. ("Ninestar Technology") (together "the Parties"), seeks to adjust the briefing schedule for Ninestar Technology's Motion to Strike and Motion to Dismiss the First Amended Complaint (the "Motion"), which is currently set for hearing on May 2, 2024. This adjustment would not alter the scheduled hearing date (subject to the Court's approval).

1 WHEREAS, Ninestar Technology Co., Ltd. ("Ninestar Technology") filed its Motion to Strike and Motion to Dismiss the First Amended Complaint on December 1, 2023, which was originally set for hearing on March 7, 2024.

WHEREAS, the Court, on its own motion, reset the Motion for hearing on March 14, 2024.

WHEREAS, on January 9, 2024, the Parties stipulated to a briefing schedule for the Motion and, based on counsel's availability, stipulated to a continued hearing date of April 25, 2024.

WHEREAS, on February 14, 2024, the Court entered its Order setting the briefing schedule and the hearing date for the Motion: ML Products' Opposition to be filed on or before February 22, 2024; Ninestar Technology's Reply to be filed on or before March 28, 2024; and hearing on the Motion set for May 2, 2024.

WHEREAS, Counsel for ML Products has requested, and Counsel for Ninestar Technology has consented, to amend the briefing schedule for the Motion.

WHEREAS, the Parties have met and conferred and agreed to the following amended briefing schedule:  ML Products' Opposition will be filed on or before March 7, 2024.  Ninestar Technology's Reply will be filed on or before April 11, 2024.

WHEREAS, subject to the Court's approval, the proposed amendment of the briefing schedule would not require the Court to alter the May 2, 2024 hearing date as the new filing dates comply with Local Rules 7-9 and 7-10.

NOW, THEREFORE, by and through their respective counsel of record, ML Products and Ninestar Technology hereby stipulate and agree that:

1. ML Products' Opposition to Ninestar Technology's Motion to Strike and Motion to Dismiss the First Amended Complaint shall be filed on or before March 7, 2024.

2. Ninestar Technology's Reply shall be filed on or before April 11, 2024.

3. The hearing on the Motion will remain May 2, 2024.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 22, 2024 | MCCUNE LAW GROUP |
| 3 | | By: */s/Derek Y. Brandt* |
| 4 | | Derek Y. Brandt (*pro hac vice*)<br>dyb@mccunewright.com |
| 5 | | Leigh M. Perica (*pro hac vice*)<br>lmp@mccunewright.com |
| 6 | | Connor P. Lemire<br>cpl@mccunewright.com |
| 7 | | **MCCUNE LAW GROUP**<br>231 North Main Street, Suite 20 |
| 8 | | Edwardsville, IL 62025<br>Telephone: (618) 307-6116 |
| 9 | | Richard D. McCune |
| 10 | | **MCCUNE LAW GROUP**<br>rdm@mccunewright.com |
| 11 | | 18565 Jamboree Road, Suite 550<br>Irvine, CA 91761 |
| 12 | | Telephone: (909) 557-1250 |
| 13 | | *Attorneys for Plaintiff ML Products Inc.* |
| 14 | | |
| 15 | | |
| 16 | Dated: February 22, 2024 | CROWELL & MORING LLP |
| 17 | | |
| 18 | | By: */s/Jordan L. Ludwig (with consent)* |
| 19 | | Jordan L. Ludwig (SBN 277952)<br>JLudwig@crowell.com |
| 20 | | CROWELL & MORING LLP<br>515 South Flower Street, 40th Floor |
| 21 | | Los Angeles, California 90071<br>Telephone: 213.622.4750 |
| 22 | | Facsimile: 213.622.2690 |
| 23 | | Stefan M. Meisner (*pro hac vice*)<br>SMeiser@crowell.com |
| 24 | | David J. Ervin (*pro hac vice*)<br>DErvin@crowell.com |
| 25 | | CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW |
| 26 | | Washington, DC 20004<br>Telephone: 202.624.2500 |
| 27 | | Facsimile: 202.628.5116 |
| 28 | | *Attorneys for Defendant Ninestar Technology Co. Ltd.* |

**FILER ATTESTATION**

Pursuant to Rule 5-4.3.4(a)(2)(i) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Central District of California, I, Derek Y. Brandt, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 22, 2024         McCUNE LAW GROUP

By: */s/Derek Y. Brandt*
Derek Y. Brandt

*Attorney for Plaintiff ML Products, Inc.*