UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NINESTAR TECHNOLOGY CO., LTD., NINESTAR CORP., AND DOES 1-125,<br><br>　　　　　　Defendants. | Case No.: 5:21-cv-01930-MEMF-KK<br><br>**ORDER GRANTING STIPULATION TO AMEND BRIEFING SCHEDULE FOR DEFENDANT NINESTAR TECHNOLOGY CO., LTD.'S MOTION TO STRIKE AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT  [ECF NO. 169]** |

　　　On February 22, 2024, ML Products Inc. and Ninestar Technology Co., Ltd. ("the Parties") filed a Stipulation to Amend the Briefing Schedule for Defendant Ninestar Technology Co., Ltd.'s Motion to Strike and Motion to Dismiss the First Amended Complaint (ECF No. 169). The Parties' Stipulation comes after the Court entered its February 14, 2024 Order setting the briefing schedule and the hearing date for the Motion with ML Products' Opposition to be filed on or before February 22, 2024; Ninestar Technology's Reply to be filed on or before March 28, 2024; and hearing on the Motion set for May 2, 2024. (ECF No. 168).

After the Court entered its Order (ECF No. 168), Counsel for ML Products requested, and Counsel for Ninestar Technology consented to amend the briefing schedule to allow additional time to respond and reply to the Motion. The Parties stipulated and agreed that ML Products' Opposition shall be filed on or before March 7, 2024, and Ninestar Technology's Reply shall be filed on or before April 11, 2024. (ECF No. 169).

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. ML Products' Opposition shall be filed on or before March 7, 2024.
2. Ninestar Technology's Reply shall be filed on or before April 11, 2024.
3. The hearing date for Ninestar Technology's Motion to Dismiss the First Amended Complaint will remain May 2, 2024.

IT IS SO ORDERED.

Dated: March 8, 2024

                                                MAAME EWUSI-MENSAH FRIMPONG
                                                United States District Judge